UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.: 2:24-cr-23-SPC-NPM

MARK ANTHONY TAYLOR, JR.

## PRELIMINARY ORDER OF FORFEITURE

Before the Court is the United States' Motion for a Preliminary Order of Forfeiture. (Doc. 35). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting **a Spreewerke firearm with magazine (S/N 25480) and assorted ammunition**. See 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the above asset to the crime(s) of conviction. The Court thus finds the United States is entitled to possession of the asset.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Preliminary Order of Forfeiture (Doc. 35) is **GRANTED**.

1.   The asset is **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. § 2253 and Rule 32.2(b)(2).

2. This Order will become a final order of forfeiture as to Defendant at sentencing.

3. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on August 5, 2024.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record