UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No. 2:24-cr-23-SPC-NPM

MARK ANTHONY TAYLOR, JR.

### FINAL ORDER OF FORFEITURE

Before the court is the United States' Motion for Final Order of Forfeiture. (Doc. 50). The Government seeks a final order forfeiting **a Spreewerke firearm with magazine (S/N 25480) and assorted ammunition ("Assets")**, which were subject to the Court's August 5th, 2024 Preliminary Order of Forfeiture. (Doc. 42). *See* 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure. Although the Government gave proper notice, no third parties have petitioned for the Assets, and the time to do so has expired. The Court thus will forfeit all right, title, and interest in the Assets to the Government.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 50) is **GRANTED**.

1. Defendant's interest in **a Spreewerke firearm with magazine (S/N 25480) and assorted ammunition** are **CONDEMNED** and

**FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Clear title to the Assets is now **VESTED** in the United States.

**DONE** and **ORDERED** in Fort Myers Florida on November 26, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:   All Parties of Record